UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YVONNE A'RAE LAISURE-RADKE, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>BARR LABORATORIES, INC., *et al.*,<br><br>        Respondent. | CASE NO. C03-3654RSM<br><br>ORDER REQUESTING REPORT FROM GUARDIAN *AD LITEM* |

Former plaintiff, Yvonne A'Rae Laisure-Radke, initially brought this lawsuit on behalf of herself and as individual representative of her late husband's estate. She alleged that her husband, Douglas Radke, committed suicide while under the influence of the antidepressant drug fluoxetine, which is the generic version of Eli Lilly's Prozac. Defendants manufacture, distribute and market the generic drug. Plaintiff essentially asserted that defendants were aware of an increased risk of suicidality in users of the class of antidepressant drugs within which Fluoxetine lies, known as selective serotonin reuptake inhibitors ("SSRIs"), well before the death of Ms. Laisure-Radke's husband, but did not adequately warn of that risk.

On June 22, 2006, this Court dismissed Ms. Laisure-Radke as a plaintiff in this action due to her failure to disclose this action during her bankruptcy proceedings. (Dkt. #176). However, before

ORDER
PAGE - 1

the Court closed the case, it asked the parties to submit briefing as to the possibility of a substitute plaintiff. Ms. Laisure-Radke then filed a motion to amend asking that Briana Radke, Mr. Radke's daughter from a prior marriage, be substituted as plaintiff in this action. That motion was briefed by the parties; however, before the Court ruled on the motion, defendants filed a motion to appoint guardian *ad litem* for Mr. Radke's son, Theo Radke.[1]

On August 28, 2006, the Court granted defendants' motion, and appointed a guardian *ad litem* for Theo Radke. (Dkt. #192). At the same time, the Court removed the motion to amend from the Court's motion calendar, and directed the parties to meet with the guardian *ad litem* and then jointly advise the Court whether the motion to amend should be replaced on the motion calendar.

On February 1, 2007, this Court asked the parties to file a Joint Status Report advising the Court of the status of this case, whether any pending motions should be replaced on the Court's motion calendar, and whether the Court should issue a revised scheduling Order with respect to a new trial date in this action. The parties have since filed that report. The parties advise the Court that the guardian *ad litem* has not yet reported her recommendations for this case, and ask the Court to direct her to file such report within 30 days of this Order. The parties then ask that, should the guardian *ad litem* decline to recommend settlement, the Court replace the pending motions on the motion calendar and schedule this action for trial. Ms. Laisure-Radke also informs this Court that she plans to file a motion to sever her claims from any remaining claims.

Accordingly, the Court hereby ORDERS:

(1) Guardian *ad litem* Jo-Hanna Read is directed to file a report with her recommendations in this action no later than thirty (30) days from the date of this Order.

(2) The Court will review that report and issue a further scheduling order if necessary at that

---

[1] The Court acknowledges that there is a pending motion to file a sur-reply related to the motion to amend, which the Court will address if and when that motion is replaced on the Court's motion calendar.

ORDER
PAGE - 2

time.

(3)  The Clerk is shall forward a copy of this Order to guardian *ad litem* Jo-Hanna Read, and to all counsel of record.

DATED this 16th day of February, 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 3